```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10                         WESTERN DIVISION
11
12  RAYMOND GARCIA,              )   Case No. CV 14-1944-RT(AJW)
                                 )
13          Petitioner,          )
                                 )
14      v.                       )
                                 )   JUDGMENT
15  M.D. BITER,                  )
                                 )
16          Respondent.          )
    _____)
17
18      It is hereby adjudged that this action is **dismissed without**
19  **prejudice.**
20
21  Date: June 4, 2014
22
                                    ROBERT J. TIMLIN
23                                 _____
                                   Robert Timlin
24                                 United States District Judge
25
26
27
28
```